UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARNOLD WANDEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HERBERT W. BOYER, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., JONATHAN K.C. KNOWLES, Ph.D., ARTHUR D. LEVINSON, Ph.D., DEBRA L. REED, CHARLES A. SANDERS, M.D., GENENTECH, INC., AND ROCHE HOLDING AG,<br><br>    Defendants. | CASE NO.:  CV 08-3543 (SC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

| | | |
|---|---|---|
| 1 | JOHN P. McCARTHY PROFIT SHARING ) | CASE NO.:  CV 08-3720 (JCS) |
|   | PLAN, individually and on behalf of all Others ) | |
| 2 | similarly situated, ) | |
|   |                                         ) | |
| 3 |         Plaintiff, ) | |
|   |                                         ) | |
| 4 |     v.                                  ) | |
|   |                                         ) | |
| 5 | GENENTECH, INC., ROCHE HOLDING, LTD, ) | |
|   | ROCHE HOLDINGS, INC., ROCHE HOLDING ) | |
| 6 | AG, ARTHUR D. LEVINSON, HERBERT W. ) | |
|   | BOYER, WILLIAM M. BURNS, ERICH ) | |
| 7 | HUNZIKER, JONATHAN K.C. KNOWLES, ) | |
|   | DEBRA L. REED, AND CHARLES SANDERS, ) | |
| 8 |                                         ) | |
|   |         Defendants. ) | |
| 9 | ─────────────────────────────── ) | |
|   | ERNEST GOTTDIENER, on behalf of himself and ) | CASE NO.:  CV 08-3753 (JL) |
| 10 | all others similarly situated, ) | |
|   |                                         ) | |
| 11 |         Plaintiff, ) | |
|   |                                         ) | |
| 12 |     v.                                  ) | |
|   |                                         ) | |
| 13 | ARTHUR D. LEVINSON, Ph.D., CHARLES A. ) | |
|   | SANDERS, M.D., JONATHAN K.C. KNOWLES, ) | |
| 14 | Ph.D., WILLIAM M. BURNS, ERICH ) | |
|   | HUNZIKER, Ph.D., HERBERT W. BOYER, ) | |
| 15 | Ph.D., DEBRA L. REED, GENENTECH, INC. ) | |
|   | and ROCHE HOLDING AG, ) | |
| 16 |                                         ) | |
|   |         Defendants. ) | |
| 17 | ─────────────────────────────── ) | |

19    WHEREAS, Plaintiff Arnold Wandel filed a Complaint on July 23, 2008 against

20 Defendants Herbert W. Boyer, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Jonathan K.C.

21 Knowles, Ph.D., Arthur D. Levinson, Ph.D., Debra L. Reed, Charles A. Sanders, M.D.,

22 Genentech, Inc., and Roche Holding AG;

23    WHEREAS, Plaintiff John P. McCarthy Profit Sharing Plan filed a Complaint on August

24 4, 2008 against Defendants Genentech, Inc., Roche Holding, LTD, Roche Holdings, Inc., Roche

25 Holding AG, Arthur D. Levinson, Herbert W. Boyer, William M. Burns, Erich Hunziker,

26 Jonathan K.C. Knowles, Debra L. Reed, and Charles Sanders;

27    WHEREAS, Plaintiff Ernest Gottdiener filed a Complaint on August 5, 2008 against

28 Defendants Arthur D. Levinson, Ph.D., Charles A. Sanders, M.D., Jonathan K.C. Knowles,

Ph.D., William M. Burns, Erich Hunziker, Ph.D., Herbert W. Boyer, Ph.D., Debra L. Reed, Genentech, Inc., and Roche Holding AG;

WHEREAS, the undersigned parties have met and conferred and anticipate that these actions are related;

WHEREAS, the undersigned parties further anticipate that these related actions will be consolidated and that, following appointment of a lead plaintiff and lead counsel by the Court, a Consolidated Amended Class Action Complaint will be filed;

WHEREAS, no defendant, by agreeing to this stipulation, waives any right to object to service or the jurisdiction of this Court;

WHEREAS, the undersigned parties wish to avoid burdening the Court with unnecessary motion practice;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. No defendant need respond to any of the initial complaints filed in the above-captioned matters;

2. Lead Plaintiffs shall file a Consolidated Amended Class Action Complaint no later than sixty (60) days after the appointment of Lead Plaintiffs and approval of Lead Counsel;

3. Defendants shall answer or otherwise respond to the Consolidated Amended Complaint no later than forty-five (45) days after the Consolidated Amended Complaint is filed.

Dated: August 21, 2008                    Respectfully submitted,

                                          WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation


                                          By: _____/s/_____
                                                   Ignacio E. Salceda

                                          Attorneys for Defendants
                                          GENENTECH, INC. AND ARTHUR D. LEVINSON

| | |
|---|---|
| Dated: August 21, 2008 | DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 450.3800<br><br>and<br><br>DAVIS POLK & WARDWELL<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650)752-2111<br><br>By: _____/s/_____<br>Lawrence Portnoy<br><br>Attorneys for Defendant<br>Roche Holdings, Inc. |
| Dated: August 21, 2008 | LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>By: _____/s/_____<br>Paul H. Dawes<br><br>Attorneys for Defendants<br>Herbert W. Boyer, Ph.D., Debra L. Reed, and *specially appearing*, Charles A. Sanders |
| Dated: August 21, 2008 | WOLF HALDENSTEIN ADLER FREEMN & HERZ, LLP<br>Francis M. Gregorek<br>Betsy C. Manifold<br>Rachele R. Rickert<br>750 B Street, Sute 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br><br>By: _____/s/_____<br>Betsy C. Manifold<br><br>Attorneys for Plaintiff Arnold Wandel, and all others similarly situated |

```
                                    WOLF HALDENSTEIN ADLER FREEMN
                                    & HERZ, LLP
                                    270 Madison Avenue
                                    New York, NY 10016
                                    Telephone: (212) 545-4600
                                    Facsimile:  (212) 545-4653

                                    -and-

                                    LAW OFFICES OF MARC S. HENZEL
                                    Marc S. Henzel
                                    273 Montgomery Avenue, Suite 202
                                    Bala Cynwyd, PA 19004
                                    Telephone: (610) 660-8000
                                    Facsimile:  (610) 660-8080


Dated:  August 21, 2008             SPECTOR, ROSEMAN & KODROFF, P.C.
                                    Robert M. Roseman
                                    Jay Cohen
                                    Andrew Abramowitz
                                    Rachel E. Kopp
                                    1818 Market Street, Suite 2500
                                    Philadelphia, PA 19103
                                    Telephone: (215) 496-0300
                                    Facsimile:  (215) 496-6611



                                    By: _____/s/_____
                                            Andrew D. Abramowitz

                                    Attorneys for Plaintiff John P. McCarthy Profit
                                    Sharing Plan, Class Members, and all others
                                    similarly situated

                                    -and-

                                    LEVY, RAM & OLSON
                                    Michael F. Ram
                                    639 Front Street, 4th Floor
                                    San Francisco, CA 94111
                                    Telephone: (415) 433-4949
                                    Facsimile:  (415) 433-7311
```

| | |
|---|---|
| Dated: August 21, 2008 | KAPLAN, FOX & KILSHEIMER, LLP<br>Laurence D. King<br>Louis A. Kessler<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707 |
| | By: _____/s/_____<br>    Laurence D. King |
| | Attorneys for Plaintiff Ernest Gottdiener, and all others similarly situated |
| | -and- |
| | BULL & LIFSHITZ, LLP<br>Peter D. Bull<br>Joshua M. Lifshitz<br>18 East 41st Street<br>New York, NY 10017<br>Telephone: (212) 213-6222<br>Facsimile: (212) 213-9405 |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND
CV 08-3543, CV 08-3720, CV 08-3753

-6-

3422435_2.DOC