1  BORIS FELDMAN, State Bar No. 128838
   DAVID J. BERGER, State Bar No. 147645
2  IGNACIO E. SALCEDA, State Bar No. 164017
   KATHERINE L. HENDERSON, State Bar No. 242676
3  STEPHANIE A. McMAHON, State Bar No. 247720
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile:  (650) 565-5100
   Email:  boris.feldman@wsgr.com
7
   Attorneys for Defendants
8  GENENTECH, INC. and ARTHUR D.
   LEVINSN
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14 ARNOLD WANDEL, individually and on behalf   )   CASE NO.:  CV 08-3543 (SC)
   of all others similarly situated,           )
15                                              )   **CERTIFICATE OF SERVICE BY**
   Plaintiff,                                   )   **MAIL**
16                                              )
         v.                                     )
17                                              )
   HERBERT W. BOYER, Ph.D., WILLIAM M.          )
18 BURNS, ERICH HUNZIKER, Ph.D.,                )
   JONATHAN K.C. KNOWLES, Ph.D., ARTHUR         )
19 D. LEVINSON, Ph.D., DEBRA L. REED,           )
   CHARLES A. SANDERS, M.D., GENENTECH,         )
20 INC., AND ROCHE HOLDING AG,                  )
                                                )
21 Defendants.                                  )
                                                )

22

23 *Caption continued on next page.*

24

25

26

27

28

| | | |
|---|---|---|
| 1 | JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all Others similarly situated, ) ) ) | CASE NO.: CV 08-3720 (JCS) |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | GENENTECH, INC., ROCHE HOLDING, LTD, ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS, ) ) ) ) ) ) ) | |
| 8 | ) | |
| | Defendants. ) | |
| 9 | ──────────────────────── ) | |
| | ERNEST GOTTDIENER, on behalf of himself and ) | CASE NO.: CV 08-3753 (JL) |
| 10 | all others similarly situated, ) ) | |
| 11 | Plaintiff, ) ) | |
| 12 | v. ) ) | |
| 13 | ARTHUR D. LEVINSON, Ph.D., CHARLES A. SANDERS, M.D., JONATHAN K.C. KNOWLES, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., HERBERT W. BOYER, Ph.D., DEBRA L. REED, GENENTECH, INC. and ROCHE HOLDING AG, ) ) ) ) ) ) ) | |
| 16 | ) | |
| | Defendants. ) | |
| 17 | ──────────────────────── ) | |

I, Elizabeth J. Blackey, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

☒  By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Lawrence Portnoy
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017
Tel:  (212) 450-4000
Fax:  (212) 450-3800

Paul H. Dawes
**Latham & Watkins, LLP**
140 Scott Drive
Menlo Park, CA 94025
Tel:  (650) 328-4600
Fax:  (650) 463-2600

Robert M. Roseman
Andrew Abramowitz
**Spector, Roseman & Kodroff, P.C.**
1818 Market St., Suite 2500
Philadelphia, PA 19103
Tel:  (215) 496-0300
Fax:  (215) 496-6611

Joshua M. Lifshitz
Peter D. Bull
**Bull & Lifshitz, LLP**
18 East 41st Street
New York, NY 10017
Tel:  (212) 213-6222
Fax:  (212) 213-9405

Marc S. Henzel
**Law Offices of Marc S. Henzel**
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA 19004
Tel:  (610) 660-8000
Fax:  (610) 660-8080

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on August 21, 2008.

/s/_____
Elizabeth J. Blackey