1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN JOSE DIVISION

13

14   ERNEST GOTTDIENER, on behalf of himself and )   CASE NO.:  CV 08-3753 (JL)
     all others similarly situated,                                       )
15                                                                         )   **STIPULATION AND [PROPOSED]**
                                                                           )   **ORDER EXTENDING TIME FOR**
             Plaintiff,                                                    )   **DEFENDANTS TO RESPOND TO**
16                                                                         )   **COMPLAINT**
                                                                           )
17          v.                                                             )
                                                                           )
     ARTHUR D. LEVINSON, Ph.D., CHARLES A.          )
18   SANDERS, M.D., JONATHAN K.C. KNOWLES,           )
     Ph.D., WILLIAM M. BURNS, ERICH                 )
19   HUNZIKER, Ph.D., HERBERT W. BOYER,             )
     Ph.D., DEBRA L. REED, GENENTECH, INC.          )
20   and ROCHE HOLDING AG,                          )
                                                                           )
21          Defendants.                                                    )
                                                                           )
22   ─────────────────────────────────────────────)

23
24
25
26
27
28

1    WHEREAS, Plaintiff Arnold Wandel filed a Complaint on July 23, 2008 against

2    Defendants Herbert W. Boyer, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Jonathan K.C.

3    Knowles, Ph.D., Arthur D. Levinson, Ph.D., Debra L. Reed, Charles A. Sanders, M.D.,

4    Genentech, Inc., and Roche Holding AG;

5    WHEREAS, Plaintiff John P. McCarthy Profit Sharing Plan filed a Complaint on August

6    4, 2008 against Defendants Genentech, Inc., Roche Holding, LTD, Roche Holdings, Inc., Roche

7    Holding AG, Arthur D. Levinson, Herbert W. Boyer, William M. Burns, Erich Hunziker,

8    Jonathan K.C. Knowles, Debra L. Reed, and Charles Sanders;

9    WHEREAS, Plaintiff Ernest Gottdiener filed a Complaint on August 5, 2008 against

10    Defendants Arthur D. Levinson, Ph.D., Charles A. Sanders, M.D., Jonathan K.C. Knowles,

11    Ph.D., William M. Burns, Erich Hunziker, Ph.D., Herbert W. Boyer, Ph.D., Debra L. Reed,

12    Genentech, Inc., and Roche Holding AG;

13    WHEREAS, the undersigned parties have met and conferred and anticipate that these

14    actions are related;

15    WHEREAS, the undersigned parties further anticipate that these related actions will be

16    consolidated and that, following appointment of a lead plaintiff and lead counsel by the Court, a

17    Consolidated Amended Class Action Complaint will be filed;

18    WHEREAS, no defendant, by agreeing to this stipulation, waives any right to object to

19    service or the jurisdiction of this Court;

20    WHEREAS, the undersigned parties wish to avoid burdening the Court with unnecessary

21    motion practice;

22    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

23    subject to approval of the Court, as follows:

24    1.    No defendant need respond to any of the initial complaints filed in the above-

25    captioned matters;

26    2.    Lead Plaintiffs shall file a Consolidated Amended Class Action Complaint no

27    later than sixty (60) days after the appointment of Lead Plaintiffs and approval of Lead Counsel;

28

3.    Defendants shall answer or otherwise respond to the Consolidated Amended

Complaint no later than forty-five (45) days after the Consolidated Amended Complaint is filed.

Dated:  August 21, 2008                    Respectfully submitted,

                                          WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation


                                          By: _____/s/_____
                                                Ignacio E. Salceda

                                          Attorneys for Defendants
                                          GENENTECH, INC. AND ARTHUR D.
                                          LEVINSON


Dated:  August 21, 2008                    DAVIS POLK & WARDWELL
                                          450 Lexington Avenue
                                          New York, NY 10017
                                          Telephone: (212) 450-4000
                                          Facsimile:  (212) 450.3800

                                                    and

                                          DAVIS POLK & WARDWELL
                                          1600 El Camino Real
                                          Menlo Park, CA 94025
                                          Telephone: (650) 752-2000
                                          Facsimile: (650)752-2111


                                          By: _____/s/_____
                                                Lawrence Portnoy

                                          Attorneys for Defendant
                                          Roche Holdings, Inc.


Dated:  August 21, 2008                    LATHAM & WATKINS, LLP
                                          140 Scott Drive
                                          Menlo Park, CA 94025
                                          Telephone: (650) 328-4600
                                          Facsimile:  (650) 463-2600


                                          By: _____/s/_____
                                                Paul H. Dawes

                                          Attorneys for Defendants
                                          Herbert W. Boyer, Ph.D., Debra L. Reed, and
                                          *specially appearing*, Charles A. Sanders

1

Dated:  August 21, 2008

KAPLAN, FOX & KILSHEIMER, LLP
Laurence D. King
Louis A. Kessler
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707

2

3

4

5

6

By: _____/s/_____
        Laurence D. King

7

Attorneys for Plaintiff Ernest Gottdiener, and
all others similarly situated

8

9

-and-

10

BULL & LIFSHITZ, LLP
Peter D. Bull
Joshua M. Lifshitz
18 East 41st Street
New York, NY 10017
Telephone: (212) 213-6222
Facsimile:  (212) 213-9405

11

12

13

14

15

16

**ORDER**

17

PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19

Dated: _____

_____
United States District Judge

20

21

22

23

24

25

26

27

28