UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERNEST GOTTDIENER, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ARTHUR D. LEVINSON, Ph.D., CHARLES A. SANDERS, M.D., JONATHAN K.C. KNOWLES, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., HERBERT W. BOYER, Ph.D., DEBRA L. REED, GENENTECH, INC. and ROCHE HOLDING AG,<br><br>  Defendants. | CASE NO.: CV 08-3753 (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1    WHEREAS, Plaintiff Arnold Wandel filed a Complaint on July 23, 2008 against
2 Defendants Herbert W. Boyer, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Jonathan K.C.
3 Knowles, Ph.D., Arthur D. Levinson, Ph.D., Debra L. Reed, Charles A. Sanders, M.D.,
4 Genentech, Inc., and Roche Holding AG;

5    WHEREAS, Plaintiff John P. McCarthy Profit Sharing Plan filed a Complaint on August
6 4, 2008 against Defendants Genentech, Inc., Roche Holding, LTD, Roche Holdings, Inc., Roche
7 Holding AG, Arthur D. Levinson, Herbert W. Boyer, William M. Burns, Erich Hunziker,
8 Jonathan K.C. Knowles, Debra L. Reed, and Charles Sanders;

9    WHEREAS, Plaintiff Ernest Gottdiener filed a Complaint on August 5, 2008 against
10 Defendants Arthur D. Levinson, Ph.D., Charles A. Sanders, M.D., Jonathan K.C. Knowles,
11 Ph.D., William M. Burns, Erich Hunziker, Ph.D., Herbert W. Boyer, Ph.D., Debra L. Reed,
12 Genentech, Inc., and Roche Holding AG;

13    WHEREAS, the undersigned parties have met and conferred and anticipate that these
14 actions are related;

15    WHEREAS, the undersigned parties further anticipate that these related actions will be
16 consolidated and that, following appointment of a lead plaintiff and lead counsel by the Court, a
17 Consolidated Amended Class Action Complaint will be filed;

18    WHEREAS, no defendant, by agreeing to this stipulation, waives any right to object to
19 service or the jurisdiction of this Court;

20    WHEREAS, the undersigned parties wish to avoid burdening the Court with unnecessary
21 motion practice;

22    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
23 subject to approval of the Court, as follows:

24    1.    No defendant need respond to any of the initial complaints filed in the above-
25 captioned matters;

26    2.    Lead Plaintiffs shall file a Consolidated Amended Class Action Complaint no
27 later than sixty (60) days after the appointment of Lead Plaintiffs and approval of Lead Counsel;

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND                 1                              3436138_1.DOC
CASE NO. CV 08-3753 (JL)

3.      Defendants shall answer or otherwise respond to the Consolidated Amended Complaint no later than forty-five (45) days after the Consolidated Amended Complaint is filed.

| | |
|---|---|
| Dated:  August 21, 2008 | Respectfully submitted, |
| | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: _____/s/_____<br>     Ignacio E. Salceda |
| | Attorneys for Defendants<br>GENENTECH, INC. AND ARTHUR D. LEVINSON |
| Dated:  August 21, 2008 | DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Facsimile:  (212) 450.3800 |
| | and |
| | DAVIS POLK & WARDWELL<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650)752-2111 |
| | By: _____/s/_____<br>     Lawrence Portnoy |
| | Attorneys for Defendant<br>Roche Holdings, Inc. |
| Dated:  August 21, 2008 | LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile:  (650) 463-2600 |
| | By: _____/s/_____<br>     Paul H. Dawes |
| | Attorneys for Defendants<br>Herbert W. Boyer, Ph.D., Debra L. Reed, and *specially appearing*, Charles A. Sanders |

| | |
|---|---|
| Dated: August 21, 2008 | KAPLAN, FOX & KILSHEIMER, LLP<br>Laurence D. King<br>Louis A. Kessler<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707 |
| | By: _____/s/_____<br>　　　Laurence D. King |
| | Attorneys for Plaintiff Ernest Gottdiener, and all others similarly situated |
| | -and- |
| | BULL & LIFSHITZ, LLP<br>Peter D. Bull<br>Joshua M. Lifshitz<br>18 East 41st Street<br>New York, NY 10017<br>Telephone: (212) 213-6222<br>Facsimile: (212) 213-9405 |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 28, 2008

_/s/ James Larson_
United States District Judge